FILED
CLERK, U.S. DISTRICT COURT
Jul
1 9 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Francisco Vega-Hernandez<br><br>Defendant. | Case No. CR 99-236 PA<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.   (X)   the appearance of the defendant as required; and/or

    B.   (X)   the safety of any person or the community.

The Court concludes that :

A. (X) Defendant failed to present clear and convincing evidence to establish that Defendant is not a risk of flight because:

PRIOR DEFMTS
NO BAIL RESOURCES / NO PTS INFO

B. (X) Defendant failed to present clear and convincing evidence to establish that Defendant does not pose a risk to the safety of other persons or the community because:

MURDER CONVICTION

IT IS ORDERED that defendant be detained.

DATE: 7/19, 2013

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE